1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:15-CR-00283 LJO SKO
12 |                  Plaintiff,      | STIPULATION AND ORDER TO CONTINUE
                                      | STATUS CONFERENCE
13 |           v.                     |
14 | IVAN ELI ZARAGOZA,               |
15 |                  Defendant.      |

16

17     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney

18 and Kimberly A. Sanchez, Assistant U.S. Attorney and, attorney for the defendant, that a status conference

19 scheduled for July 5, 2016 at 1:00 pm before the Honorable Sheila K. Oberto, U.S. Magistrate Judge be

20 continued to August 1, 2016.  The reason for the request is because the court is not available on the originally

21 scheduled date.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

   Stipulation                               1

1  The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2  continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
3  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
4  3161(h)(7)(A).

Dated: June 23, 2016                                      Respectfully submitted,

                                                          PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                   By     /s/ Kimberly A. Sanchez
                                                          KIMBERLY A. SANCHEZ
                                                          Assistant U.S. Attorney

Dated: June 23, 2016                                      /s/ Annette T. Smurr
                                                          ANNETTE T. SMURR
                                                          Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **June 24, 2016**                                 /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

Stipulation                                   2