# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America </br> v. </br> IVAN ELI ZARAGOZA </br> </br> Date of Original Judgment: 11/03/2016 </br> Date of Previous Amended Judgment: 11/17/2016 </br> *(Use Date of Last Amended Judgment if Any)* | Case No: 1:15CR00283-001 LJO </br> USM No: 72881-097 </br> </br> </br> _____ </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/01/2017               /s/ Lawrence J. O'Neill
                                                  *Judge's signature*

Effective Date: _____        Honorable Lawrence J. O'Neill, U.S. District Judge
*(if different from order date)*              *Printed name and title*